**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 09-cv-01471-LTB

DOUGLAS McLEAN,

       Plaintiff,

v.

NATHAN D. WRIGHT, and
USF REDDAWAY, INC.,

       Defendants.
_____

**ORDER**
_____

Upon Defendants' Motion to Transfer (Doc 6 - filed July 16, 2009), and Plaintiff's response and consent to transfer (Doc 9 - filed July 28, 2009), it is

ORDERED that this matter shall be transferred to the United States District Court for the District of Utah.

                                              BY THE COURT:

                                                s/Lewis T. Babcock
                                              Lewis T. Babcock, Judge

DATED:   July 29, 2009